IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **JUANARD D. ROBINSON,** | ) | 1:07-CV-1177-AWI WMW |
| Petitioner, | ) ) | **FINDINGS AND RECOMMENDATIONS RE** |
| vs. | ) ) | **PETITIONER'S MOTION TO DISMISS PETITION** |
| **VASUQE,** | ) ) | **WITHOUT PREJUDICE** |
| Respondent. | ) ) | [Doc. 6] |
| _____ | ) ) ) | |

    Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. On January 22, 2008, Petitioner filed a motion to voluntarily dismiss this action. A petitioner may voluntarily dismiss an action without a court order at any time before the opposing party appears in the case. Rule 41(a)(1)(A), Federal Rules of Civil Procedure. Petitioner is forewarned, however, that there is a one year limitations period in which Petitioner must file his federal petition for writ of habeas corpus. 28 U.S.C. § 2244(d)(1). In most cases, the one year period starts to run on the date the California Supreme Court denied Petitioner's direct review. See id. Although the limitations

period tolls while a properly filed request for collateral review is pending in state court, 28 U.S.C. § 2244(d)(2), is does not toll for the time an application is pending in federal court. Duncan v. Walker, 121 S.Ct. 2120, 533 U.S. 167 (2001). See also Fail v. Hubbard, 315 F.3d 1059 (9th Cir. 2001) (one-year habeas statute of limitations was not equitably tolled during period between date of the filing of an entirely unexhausted petition and date of its dismissal by district court without prejudice after statute of limitations had run);

Based on the above, IT IS HEREBY RECOMMENDED as follows:

1) Petitioner's motion for voluntary dismissal of this petition for writ of habeas corpus be GRANTED;

2) this petition for writ of habeas corpus be DISMISSED without prejudice; and

2) The Clerk of the Court be DIRECTED to close this case.

IT IS SO ORDERED.

**Dated:   June 4, 2008**           /s/ William M. Wunderlich
                                    UNITED STATES MAGISTRATE JUDGE