1
2
3
4
5
6
7
8
9
10
11

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUANARD D. ROBINSON, | ) | 1:07-CV-1177-AWI WMW |
| Petitioner, | ) | ORDER ADOPTING |
| | ) | FINDINGS AND |
| vs. | ) | RECOMMENDATIONS RE |
| | ) | PETITIONER'S MOTION TO |
| VASUQE, | ) | DISMISS PETITION |
| | ) | WITHOUT PREJUDICE |
| Respondent. | ) | |
| | ) | [Doc. 6, 7] |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 5, 2008, the Magistrate Judge filed findings and recommendations that recommended Petitioner's motion to dismiss be granted.  These findings and recommendations were served on Petitioner and contained notice that any objections to the findings and recommendations were to be filed within thirty days.  No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708

1   F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the

2   findings and recommendations to be supported by the record and by proper analysis.

3            Based on the foregoing, it is HEREBY ORDERED  that:

4   1.      The findings and recommendations issued by the Magistrate Judge on

5            June 5, 2008, are adopted in full;

6   2.      Petitioner's motion to voluntarily dismiss this petition is GRANTED;

7   3.      This petition is DISMISSED without prejudice.

8

9   IT IS SO ORDERED.

10  **Dated:    July 25, 2008**            _____/s/ Anthony W. Ishii_____
                                            CHIEF UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                  2